IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DANIEL L MCCLELLAN,

v.                                                                CASE NO. 4:08-CV-00160-MP

UNITED STATES PAROLE COMMISSION,

     Defendant.

_____/

## O R D E R

This matter is before the Court on the Report and Recommendation of the Magistrate

Judge, doc. 6, recommending that this action be dismissed for failure to follow the orders of the

Court.  The time for filing objections has passed, and none have been filed.   Accordingly it is

hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge (doc. 6)  is adopted and
incorporated herein.

2.     This action is dismissed, and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *18th*  day of June, 2008


*s/Maurice M. Paul*
_____
Maurice M. Paul, Senior District Judge